■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT FRANZONE, Appellant. [869 NYS2d 349]

Inasmuch as "the evidence, the law, and the circumstances of [the] case, viewed in totality and as of the time of the representation, reveal that [his] attorney provided meaningful represen-

tation," the defendant's claim that he was denied the effective assistance of counsel is without merit (*People v Baldi,* 54 NY2d 137, 147 [1981]; *see People v Alexander,* 56 AD3d 793 [2008]; *People v Williams,* 299 AD2d 569 [2002]). Defense counsel chose a reasonable strategy and competently pursued it (*see People v Alexander,* 56 AD3d 793 [ 2008]). Mastro, J.P., Fisher, Miller and Carni, JJ., concur.